IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **REPAIRIFY, INC.,**<br>a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>**KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,**<br>a California corporation<br>d/b/a Elitek Vehicle Services, and<br>DOES 1 through 20, inclusive,<br><br>Defendants. | § § § § § § § § § § § § § § § § § | **6:21-cv-00819-ADA**<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING DEFENDANT'S MOTION
TO DISMISS PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

Before the Court is Defendant Keystone Automotive Industries, Inc., d/b/a/ Elitek Vehicle Services' ("Defendant" or "Elitek") Motion to Dismiss Plaintiff's Complaint for Patent Infringement. After consideration of said briefing, the Court finds the Motion should be DENIED.

IT IS THEREFORE ORDERED that the Defendant's motion is DENIED in its entirety.

IT IS SO ORDERED. Signed this ___ day of _____, 2021

                                                                                  ALAN D. ALBRIGHT
                                                                                  United States District Judge