IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

- - - - - - - -

| | | |
|---|---|---|
| REPAIRIFY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 6:21-cv-00819-ADA |
| v. | ) | |
| | ) | |
| KEYSTONE AUTOMOTIVE INDUSTRIES, INC. d/b/a ELITEK VEHICLE SERVICES, and DOES 1 Through 20, inclusive, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER ON MOTION BY NON-PARTY OPUS IVS, INC. TO LIMIT DEPOSITION UNDER FRCP 30(d)(3), for PROTECTIVE ORDER UNDER FRCP 45(c), AND SANCTIONS UNDER FRCP 30(d)(2)

Came on to be considered, the motion of non-party Opus IVS, Inc. ("Opus IVS") for a Protective Order and sanctions as a result of a deposition on Wednesday, February 8, 2023, by Defendant Elitek of a 30(b)(6) representative of Non-party Opus IVS.

After considering the Motion and the arguments of counsel, the Court finds that Opus IVS's Motion should be GRANTED.

Defendant Elitek is enjoined from seeking testimony from Opus IVS and its inventor employee regarding Opus IVS' patents on which he is an inventor and the deposition by Defendant Elitek is terminated.

It is so ORDERED.

SIGNED this ___ day of February, 2023.

                                                          BY THE COURT:

                                                          _____
                                                          HON. ALAN ALBRIGHT
                                                          UNITED STATES DISTRICT JUDGE