# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| REPAIRIFY, INC. | § § | |
| vs. | § § | NO:  WA:21-CV-00819-ADA |
| KEYSTONE AUTOMOTIVE INDUSTRIES, INC., DOES 1 TO 20 | § § | |

## ORDER RESETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for DISCOVERY HEARING by Private Zoom on March 27, 2023 at 03:30 PM .

IT IS SO ORDERED this 27th day of March, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE