IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **REPAIRIFY, INC.,**<br>a Delaware corporation,<br><br>              Plaintiff,<br>v.<br><br>**KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,**<br>a California corporation<br>d/b/a Elitek Vehicle Services, and<br>DOES 1 through 20, inclusive,<br><br>              Defendants. | §§§§§§§§§§§§§§§§ | 6:21-cv-00819-ADA<br><br>JURY TRIAL DEMANDED |

## THIRD REVISED SCHEDULING ORDER

This Court, having considered the Parties' Joint Motion for Entry of Third Revised Scheduling Order (the "Motion"), hereby **GRANTS** the Motion and **ORDERS** that the following schedule will govern the remaining deadlines up to and including the trial of this matter:

| Deadline | Item |
|---|---|
| **August 18, 2023** | Close of Fact Discovery. |
| **September 15, 2023** | Opening Expert Reports. |
| **October 13, 2023** | Rebuttal Expert Reports |
| **November 10, 2023** | Close of Expert Discovery |
| **November 17, 2023** | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| **December 1, 2023** | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |

| Deadline | Item |
|---|---|
| **February 16, 2024** | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| **March 1, 2024** | Serve objections to pretrial disclosures/rebuttal disclosures. |
| **March 11, 2024** | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| **March 15, 2024** | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| **March 22, 2024** | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine*. |
| **March 29, 2024** | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to file replies to motions *in limine*. |
| **April 5, 2024** | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3 business days before Final Pretrial Conference<br><br>**April 9, 2024** | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| **April 12, 2024** | Final Pretrial Conference. Held in person unless otherwise requested. |
| **May 6, 2024** | Jury Selection/Trial. |

SIGNED this 13th day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE