# Exhibit L

| | |
|---|---|
| **From:** | David Apple <jdapple@applefinklaw.com> |
| **Sent:** | Tuesday, February 7, 2023 1:01 PM |
| **To:** | Joseph Saltiel; Alex Bennett |
| **Cc:** | Arthur Wellman |
| **Subject:** | Repairify Inc. v Keystone et al - OAAS d/b/a Paragon Subpoena |

//EXTERNAL//
Joseph and Arthur,

Do either of you have a link where I can upload the Paragon documents that are responsive to the subpoena. There are close to a 1000 pages.

David


J. David Apple
APPLE & FINK, LLP
735 Plaza Blvd.
Suite 200
Coppell, Texas 75019
(972) 315-1900 x223
(972) 315-1955 fax
jdapple@applefinklaw.com


CONFIDENTIALITY NOTICE:  This electronic mail transmission has been sent by a law firm.  It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure.  If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, or any part of it, or any attachments.  If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.  Thank you for your cooperation.