# Exhibit M

| | |
|---|---|
| **From:** | mail@sf-notifications.com on behalf of Pranger Law PC <mail@sf-notifications.com> |
| **Sent:** | Friday, February 10, 2023 5:50 PM |
| **To:** | Alex Bennett |
| **Subject:** | Pranger Law PC has shared the folder 'Repairify Document Production 02.10.23' with you. |

//EXTERNAL//

**Pranger Law PC** has shared the folder **Repairify Document Production 02.10.23** with you.

Note From Pranger Law:

Counsel,

Below is a link to Repairify Inc.'s document production ranging from RPFY011090-RPFY013098. Please note that there are documents in the production that are designated as "CONFIDENTIAL – OUTS IDE ATTORNEYS' EYES ONLY" under the Protective Order (ECF 71).

If you have any issues accessing the documents, please contact our Paralegal, Parker Jakes (pjakes@prangerlaw.com).

To access this folder, you must first activate your account and set your personal password.

Click here to activate your account and view this folder

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Trouble with the above link? You can copy and paste the following URL into your web browser:
https://prangerlaw.sharefile.com/f/fod524f5-88d3-48c0-b94b-1cda39636a02?a=0f9f0afdbd387ebc

Powered By Citrix ShareFile 2023