# Exhibit P

| | |
|---|---|
| **From:** | mail@sf-notifications.com on behalf of Pranger Law PC <mail@sf-notifications.com> |
| **Sent:** | Tuesday, April 11, 2023 4:44 PM |
| **To:** | Alex Bennett |
| **Subject:** | Pranger Law PC has shared the folder 'Repairify Document Production 04.11.23' with you. |

You don't often get email from mail@sf-notifications.com. Learn why this is important

//EXTERNAL//

## Pranger Law PC has shared the folder **Repairify Document Production 04.11.23** with you.

Note From Pranger Law:

Dear Counsel,

Below is a link to Repairify Inc.'s document production in connection with the Court's 2023.03.31 Discovery Dispute Order (ECF 97) ranging from RPFY013232-RPFY019235 . Please note that the doc uments in this production are designated as "CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order (ECF 71).

If you have any issues accessing the documents, please contact our Paralegal, Parker Jakes (pjakes@prangerlaw.com).

To access this folder, you must first activate your account and set your personal password.

Click here to activate your account and view this folder

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Trouble with the above link? You can copy and paste the following URL into your web browser:
https://prangerlaw.sharefile.com/f/fo581be5-0ce4-425d-8640-3c8bcac70a54?a=a4e5f122ef62db27

Powered By Citrix ShareFile 2023

**Alex Bennett**

---

**From:** mail@sf-notifications.com on behalf of Pranger Law PC <mail@sf-notifications.com>
**Sent:** Tuesday, April 11, 2023 7:18 PM
**To:** Alex Bennett
**Subject:** Pranger Law PC has shared the folder 'Repairify Document Production 2 04.11.23' with you.

You don't often get email from mail@sf-notifications.com. Learn why this is important

//EXTERNAL//



## Pranger Law PC has shared the folder Repairify Document Production 2 04.11.23 with you.

Note From Pranger Law:

Dear Counsel,

Below is a link to Repairify Inc.'s document production with Bates Nos. ranging from RPFY 0019326 - RPFY 0020456. Please note that the documents in this production are designated as "CONFIDE NTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order (ECF 71).

To access this folder, you must first activate your account and set your personal password.

**Click here to activate your account and view this folder**

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Trouble with the above link? You can copy and paste the following URL into your web browser:
**https://prangerlaw.sharefile.com/f/fo5fc03b-1f37-4b5f-a47d-4ec8487fa0b1?a=a1de2eb3c316d6d8**

Powered By Citrix ShareFile 2023