# Exhibit R

| | |
|---|---|
| **From:** | Joseph Saltiel |
| **Sent:** | Friday, May 26, 2023 4:26 PM |
| **To:** | Arthur Wellman; Eugene Hahm; Nick Woloszczuk |
| **Cc:** | Alex Bennett; Barry Irwin; BShelton@winston.com |
| **Subject:** | RE: Repairify, Inc. v. Keystone Automotive Industries, Inc. et al, No. 21-cv-00819; Invalidity contentions |
| **Attachments:** | Redline of Second Amended Final Invalidity Contentions.pdf; Defendant's motion for leave to serve second amended final invalidity contentions.docx; Proposed Order Granting Defendant Leave to Serve Second Amended Final Invalidity Contentions.docx |

Arthur,

To follow up on our discussion from Tuesday, we are attaching a redline of the second amended invalidity contentions showing changes from the amended invalidity contentions that we served in December. Also attached are a draft motion for leave and a proposed order.

Please let us know if Repairify agrees to submit this motion unopposed.

Thank you,

Joe Saltiel
Irwin IP LLP

jsaltiel@irwinip.com
312-667-6283 – office
630-841-0512 – mobile

---

**From:** Arthur Wellman <AWellman@prangerlaw.com>
**Sent:** Friday, May 19, 2023 5:16 PM
**To:** Joseph Saltiel <jsaltiel@irwinip.com>; Eugene Hahm <ehahm@prangerlaw.com>; Nick Woloszczuk <nwoloszczuk@prangerlaw.com>
**Cc:** Alex Bennett <abennett@irwinip.com>; Barry Irwin <birwin@irwinip.com>; BShelton@winston.com
**Subject:** RE: Repairify, Inc. v. Keystone Automotive Industries, Inc. et al, No. 21-cv-00819; Invalidity contentions

//EXTERNAL//
Hi, Joe,

Thank you very much for that; I think we can speak and see whether we can submit unopposed. I look forward to speaking with you,
Arthur

Arthur A. Wellman, Jr.
Partner | Pranger Law PC
88 Guy Place, Suite 405 | San Francisco, California 94105
Tel +1 415-885-9800  Bio | VCard | LinkedIn

1



CONFIDENTIALITY NOTICE: If you are not the intended recipient, please delete and notify us asap. Distributing, copying or other use prohibited.

**From:** Joseph Saltiel <jsaltiel@irwinip.com>
**Sent:** Friday, May 19, 2023 3:07 PM
**To:** Arthur Wellman <AWellman@prangerlaw.com>; Eugene Hahm <ehahm@prangerlaw.com>; Nick Woloszczuk <nwoloszczuk@prangerlaw.com>
**Cc:** Alex Bennett <abennett@irwinip.com>; Barry Irwin <birwin@irwinip.com>; BShelton@winston.com
**Subject:** RE: Repairify, Inc. v. Keystone Automotive Industries, Inc. et al, No. 21-cv-00819; Invalidity contentions

[CAUTION: EXTERNAL EMAIL]

Arthur,

We do not intend to add new invalidity positions. Instead, we plan to amend our invalidity contentions to identify factual allegations that support our existing 112 allegations from recently produced discovery in this matter.

If you would like to discuss further, Tuesday at 12 pm PT / 2 pm CT would work for us.

Thank you,

Joe Saltiel
Irwin IP LLP

jsaltiel@irwinip.com
312-667-6283 – office
630-841-0512 – mobile

**From:** Arthur Wellman <AWellman@prangerlaw.com>
**Sent:** Friday, May 19, 2023 1:09 PM
**To:** Joseph Saltiel <jsaltiel@irwinip.com>; Eugene Hahm <ehahm@prangerlaw.com>; Nick Woloszczuk <nwoloszczuk@prangerlaw.com>
**Cc:** Alex Bennett <abennett@irwinip.com>; Barry Irwin <birwin@irwinip.com>; BShelton@winston.com
**Subject:** RE: Repairify, Inc. v. Keystone Automotive Industries, Inc. et al, No. 21-cv-00819; Invalidity contentions

//EXTERNAL//
Hi, Joe,
Thank you for this. We can be available Monday at 2 p.m. or thereafter, or Tuesday after 10 a.m. to 1 p.m. And again 2 p.m. and thereafter. All times PDT. Please let me know if something in there works for you all.

In the interim, if you want to send us something regarding the how and why, that might obviate a need to meet and confer and/or focus it. Of, of course, you can just raise it when we talk.

Please let me know. Thank you and have a pleasant weekend,
Arthur

Arthur A. Wellman, Jr.
Partner | Pranger Law PC
88 Guy Place, Suite 405 | San Francisco, California 94105
Tel +1 415-885-9800  Bio | VCard | LinkedIn



CONFIDENTIALITY NOTICE: If you are not the intended recipient, please delete and notify us asap. Distributing, copying or other use prohibited.

**From:** Joseph Saltiel <jsaltiel@irwinip.com>
**Sent:** Thursday, May 18, 2023 3:37 PM
**To:** Arthur Wellman <AWellman@prangerlaw.com>; Eugene Hahm <ehahm@prangerlaw.com>; Nick Woloszczuk <nwoloszczuk@prangerlaw.com>
**Cc:** Alex Bennett <abennett@irwinip.com>; Barry Irwin <birwin@irwinip.com>; BShelton@winston.com
**Subject:** Repairify, Inc. v. Keystone Automotive Industries, Inc. et al, No. 21-cv-00819; Invalidity contentions

[CAUTION: EXTERNAL EMAIL]

Counsel,

We are planning to file a motion to request leave to amend our invalidity contentions.  Please let us know when you are available to meet and confer to discuss.

Best regards,

Joe Saltiel

### Irwin IP LLP
Intellectual Property Litigation
150 N. Wacker Drive | Suite 700 | Chicago, IL 60606
Direct 312.667.6283 | Mobile 630.841.0512
jsaltiel@irwinip.com | www.irwinip.com

Confidentiality Notice: This e-mail transmission and any attachments may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify the sender by reply e-mail and delete the message from your system. Thank you.