UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| REPAIRIFY, INC. § | |
| § | |
| vs. § | NO: WA:21-CV-00819-ADA |
| § | |
| KEYSTONE AUTOMOTIVE INDUSTRIES, § | |
| INC., DOES 1 TO 20 | |

### ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM on Wednesday July 19, 2023 at 03:30 PM (30 min time block) for purposes of limited referral before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 18th day of July, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE