IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| REPAIRIFY, INC., and )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>KEYSTONE AUTOMOTIVE )<br>INDUSTRIES, INC. d/b/a ELITEK )<br>VEHICLE SERVICES, and DOES 1 )<br>through 20, inclusive, )<br> )<br> Defendants. ) | Case No. 6:21-cv-00819-ADA |

**DECLARATION OF JOSEPH SALTIEL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF REVISED SCHEDULING ORDER**

I, Joseph Saltiel, declare as follows:

1. The facts set forth herein are based on my personal knowledge and/or documents that I have personal knowledge of sufficient to authenticate them, including those attached hereto, and are true and correct to the best of my knowledge, belief, recollection, and understanding.

2. I am an attorney at the law firm of Irwin IP LLP, counsel of record in this action for Defendant Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services ("Elitek").

3. I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Entry of Revised Scheduling Order.

4. Attached as Exhibit A is a true and correct copy of Repairify's Second Set of Requests for Production (No. 30) served on December 16, 2022.

5. Attached as Exhibit B is a true and correct copy of the email chain from January 23, 2023 to January 26, 2023 between counsel for Repairify and Elitek regarding a meet and confer to discuss Repairify's requested inspection.

6. Attached as Exhibit C is a true and correct copy of the email chain from July 20, 2023 to August 7, 2023 between counsel for Repairify and Elitek regarding Repairify's requested inspection.

7. Attached as Exhibit D is a true and correct copy of the email on June 2, 2023 from Repairify attaching a letter responding to Elitek's January 2023 request for additional information.

8. Attached as Exhibit E is a true and correct copy of Elitek's letter on June 12, 2023 responding to Repairify's additional inspection information provided on June 2, 2023.

9. Attached as Exhibit F is a true and correct copy of Repairify's email on June 28, 2023 attaching a letter responding to Elitek's June 12, 2013 regarding Repairify's proposed inspection.

10. Attached as Exhibit G is a true and correct copy of Repairify's email on July 12, 2023 requesting deposition dates from Elitek "sufficiently in advance of Repairify's inspection."

11. Attached as Exhibit H is a true and correct copy of an email chain from July 20, 2023 to July 24, 2023 between counsel for Repairify and Elitek regarding the deposition schedule of Repairify's witnesses.

12. Attached as Exhibit I is a true and correct copy of an email chain from December 15, 2022 to December 22, 2022 between counsel for Elitek and Repairify where Elitek provided potential depositions dates in January 2023 for its witnesses.

13. Attached as Exhibit J is a true and correct copy of Elitek's July 19, 2023 response letter to Repairify regarding its proposed inspection.

14. Attached as Exhibit K is a true and correct copy of Elitek's first amended initial disclosures served on November 11, 2022.

15. Attached as Exhibit L is a true and correct copy of an email from Repairify on July 25, 2023 providing notice of two subpoenas.

16. Attached as Exhibit M is a true and correct copy of Elitek's August 11, 2023 regarding Elitek's Interrogatory responses served on September 6, 2022 and January 16, 2023.

17. Attached as Exhibit N is a true and correct copy of an email on July 17, 2023 from Repairify where it provided its 30(b)(6) designees and their availability during the last weeks of fact discovery.

18. Attached as Exhibit O is a true and correct copy an email chain from July 20, 2023 to July 28, 2023 between counsel for Repairify and Elitek where Repairify on July 28, 2023 identified 30(b)(6) topic designations for two of its witnesses in the days prior to their depositions.

19. Attached as Exhibit P is a true and correct copy of an email on August 10, 2023 where Elitek again requested 30(b)(6) topic designations for the remaining witnesses.

20. Attached as Exhibit Q is a true and correct copy of Repairify's objections served on July 24, 2023 in response to Elitek's 30(b)(6) Notice of Deposition served on December 19, 2022.

21. Attached as Exhibit R is a true and correct copy of Repairify's objections served on July 24, 2023 in response to Elitek's Second 30(b)(6) Notice of Deposition served on April 03, 2023.

22. Attached as Exhibit S is a true and correct copy of an email on August 3, 2023 email confirming the topics for a August 7, 2023 meet and confer, none of which related to the case schedule.

23. Attached as Exhibit T is a true and correct copy of an email chain from April 28, 2023 to June 7, 2023 between counsel for Repairify and Elitek regarding deposition scheduling.

24. Attached as Exhibit U is a true and correct copy of an email chain from June 20, 2023 to June 27, 2023 between counsel for Repairify and Elitek confirming the deposition of its witness between August 14-18.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2023, in Chicago, Illinois.

/s/ *Joseph A. Saltiel*
Joseph A. Saltiel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

/s/ *Joseph A. Saltiel*
Joseph A. Saltiel