UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| REPAIRIFY, INC. § | |
| § | |
| vs. § | NO:  WA:21-CV-00819-ADA |
| § | |
| KEYSTONE AUTOMOTIVE INDUSTRIES, § | |
| INC., DOES 1 TO 20, KEYSTONE | |
| AUTOMOTIVE INDUSTRIES, INC., | |
| REPAIRIFY, INC., OPUS IVS, INC. | |

### ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM on Tuesday September 05, 2023 at 01:30 PM (30 min time block) for purposes of limited referral before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 28th day of August, 2023.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE