# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **REPAIRIFY, INC.,** a Delaware corporation, <br><br> Plaintiff, <br> v. <br><br> **KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,** a California corporation d/b/a Elitek Vehicle Services, and DOES 1 through 20, inclusive, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | 6:21-cv-00819-ADA |

### ADDITIONAL ATTACHMENT (PUBLIC) TO MAIN DOCUMENT

### PLAINTIFF REPAIRIFY, INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR CONTEMPT AND SANCTIONS UNDER FRCP 37(b)(2), OR IN THE ALTERNATIVE, SANCTIONS UNDER 37(c) AND/OR THE INHERENT AUTHORITY OF THIS COURT

Additional Attachment to Dkt. No. 139:

- Exhibit B to Declaration of Arthur A. Wellman, Jr.

Dated:  October 24, 2023            Respectfully submitted,

By: */s/Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Ave. Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

Email: bcraft@findlaycraft.com

Arthur Wellman (*admitted pro hac vice*)
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, CA 94105
Tel: (415) 885-9800
Fax: (415) 944-1110
Email: awellman@prangerlaw.com

***Counsel for Plaintiff, Repairify, Inc.***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on Tuesday, October 24, 2023.

*/s/Eric H. Findlay*
Eric H. Findlay