**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **REPAIRIFY, INC.,**<br>**a Delaware corporation,** | § § § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **6:21-cv-00819-ADA** |
| | § § | |
| **KEYSTONE AUTOMOTIVE**<br>**INDUSTRIES, INC.,**<br>**a California corporation**<br>**d/b/a Elitek Vehicle Services, and**<br>**DOES 1 through 20, inclusive,** | § § § § § § § | |
| **Defendants.** | § § | |

**ORDER DENYING DEFENDANT'S MOTION
FOR CONTEMPT AND SANCTIONS UNDER FRCP 37(b)(2), OR IN THE
ALTERNATIVE, SANCTIONS UNDER 37(c) AND/OR THE INHERENT
AUTHORITY OF THIS COURT**

On this day, the Court considered Defendant Keystone Automotive Industries, Inc.'s ("Elitek") Motion for Contempt and Sanctions Under FRCP 37(b)(2), or in the Alternative, Sanctions Under 37(c) and/or the Inherent Authority of this Court (Dkt. No. 131). After considering the briefing, the Court has determined that Elitek's Motion should be, and is hereby DENIED

Signed this _____ day of _____, 2023


_____
UNITED STATES DISTRICT JUDGE