UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| REPAIRIFY, INC. | § § § § § § § § | |
| vs. | | NO:  WA:21-CV-00819-ADA |
| KEYSTONE AUTOMOTIVE INDUSTRIES, INC., DOES 1 TO 20, KEYSTONE AUTOMOTIVE INDUSTRIES, INC., REPAIRIFY, INC., OPUS IVS, INC. | | |

### ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM (re discovery dispute chart emailed on 11/8/23) on Wednesday November 29, 2023 at 03:00 PM for purposes of limited referral before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 27th day of November, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE