IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| REPAIRIFY, INC., <br> a Delaware corporation, <br><br> Plaintiff, <br> v. <br><br> KEYSTONE AUTOMOTIVE <br> INDUSTRIES, INC., <br> a California corporation <br> d/b/a Elitek Vehicle Services, and <br> DOES 1 through 20, inclusive, <br><br> Defendants. | §§§§§§§§§§§§§§ | 6:21-cv-00819-ADA <br><br> JURY TRIAL DEMANDED |

**JOINT REPORT REGARDING NARROWING OF ASSERTED CLAIMS AND PRIOR ART REFERENCES**

Plaintiff Repairify, Inc. ("Repairify") and Defendant Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services ("Elitek") (collectively, "the Parties") hereby submit this Joint Report regarding the narrowing of the number of asserted claims and prior art references to triable limits.

On January 26, 2024, the Parties met and conferred to discuss the narrowing of asserted claims and prior art references and have generally agreed on the dates by which they will identify the asserted claims and prior art references. The Parties are continuing to meet and confer about the number of asserted claims and prior art references.

1

| | |
|---|---|
| Dated: February 2, 2024 | Respectfully submitted, |
| By: /s/ *Eric H. Findlay* <br> Eric H. Findlay <br> State Bar No. 00789886 <br> Brian Craft <br> State Bar No. 04972020 <br> **FINDLAY CRAFT, P.C.** <br> 7270 Crosswater Avenue, Suite B <br> Tyler, Texas 75703 <br> Tel: (903) 534-1100 <br> Fax: (903) 534-1137 <br> Email: efindlay@findlaycraft.com <br> Email: bcraft@findlaycraft.com <br><br> Arthur Wellman (admitted *pro hac vice*) <br> **PRANGER LAW PC** <br> 88 Guy Place, Suite 405 <br> San Francisco, CA 94105 <br> Tel: (415) 885-9800 <br> Fax: (415) 944-1110 <br> Email: awellman@prangerlaw.com <br><br> *Counsel for Plaintiff Repairify, Inc.* | By: /s/ Alexander Bennett <br> Barry F. Irwin, P.C. (admitted *pro hac vice*) <br> Joseph Saltiel (admitted *pro hac vice*) <br> Alexander Bennett (admitted *pro hac vice*) <br> Andrew Gordon-Seifert (admitted *pro hac vice*) <br> Emad Mahou (admitted *pro hac vice*) <br> **IRWIN IP LLP** <br> 150 N. Wacker Dr., Suite 700 <br> Chicago, IL 60606 <br> (312) 667-6080 (Telephone) <br> birwin@irwinip.com <br> jsaltiel@irwinip.com <br> abennett@irwinip.com <br> agordon-seifert@irwinip.com <br><br> Barry K. Shelton <br> Texas State Bar No. 24055029 <br> **WINSTON & STRAWN LLP** <br> 2121 N. Pearl Street, Suite 900 <br> Dallas, TX 75201 <br> (214) 453-6407 (Telephone) <br> bshelton@winston.com <br><br> *Counsel for Defendant Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services* |

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on Friday, February 2, 2024.

                                                   /s/ *Eric H. Findlay*
                                                   Eric H. Findlay