**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| REPAIRIFY, INC., and ) <br> ) <br> Plaintiff, ) Case No. 6:21-cv-00819-ADA <br> ) <br> v. ) <br> ) <br>KEYSTONE AUTOMOTIVE ) **JURY TRIAL DEMANDED**<br>INDUSTRIES, INC. d/b/a ELITEK ) <br>VEHICLE SERVICES, and DOES 1 ) <br>through 20, inclusive, ) <br> ) <br> Defendants. ) | |

## ADDITIONAL ATTACHMENTS (PUBLIC) TO MAIN DOCUMENT

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

Additional Attachments to Dkt. No. 173:

- Declaration of Barry F. Irwin in Support of Defendant Elitek's Motion for Summary Judgment of Invalidity;

- Exhibit A to the Declaration of Barry F. Irwin in Support of Defendant Elitek's Motion for Summary Judgment of Invalidity;

- Exhibit B to the Declaration of Barry F. Irwin in Support of Defendant Elitek's Motion for Summary Judgment of Invalidity;

- Exhibit C to the Declaration of Barry F. Irwin in Support of Defendant Elitek's Motion for Summary Judgment of Invalidity;

- Exhibit D to the Declaration of Barry F. Irwin in Support of Defendant Elitek's Motion for Summary Judgment of Invalidity;

- Exhibit G to the Declaration of Barry F. Irwin in Support of Defendant Elitek's Motion for Summary Judgment of Invalidity;

- Exhibit J to the Declaration of Barry F. Irwin in Support of Defendant Elitek's Motion for Summary Judgment of Invalidity;

- Exhibit K to the Declaration of Barry F. Irwin in Support of Defendant Elitek's Motion for Summary Judgment of Invalidity; and

- Exhibit L to the Declaration of Barry F. Irwin in Support of Defendant Elitek's Motion for Summary Judgment of Invalidity.

Dated:  March 15, 2024

Respectfully submitted,

By: /s/ *Barry F. Irwin*
Barry F. Irwin, P.C. (admitted *pro hac*)
Joseph Saltiel (admitted *pro hac*)
Andrew D. Gordon-Seifert (admitted *pro hac*)
Alexander Bennett (admitted *pro hac*)
Emad S. Mahou (admitted *pro hac*)

**IRWIN IP LLP**
150 N Wacker Dr, Ste 700
Chicago, IL 60606
(312) 667-6080
birwin@irwinip.com
jsaltiel@irwinip.com
agordon-seifert@irwinip.com
abennett@irwinip.com
emahou@irwinip.com

Barry K. Shelton
Texas State Bar No. 24055029
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
bshelton@winston.com
(214) 453-6407 (Telephone)

*Attorneys for Defendant Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

/s/ *Barry F. Irwin*