IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **REPAIRIFY, INC.,**<br>a Delaware corporation,<br><br>    **Plaintiff,**<br>v.<br><br>**KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,**<br>a California corporation<br>d/b/a Elitek Vehicle Services, and<br>DOES 1 through 20, inclusive,<br><br>    **Defendants.** | § § § § § § § § § § § § § § § § | 6:21-cv-00819-ADA-DTG |

**ORDER GRANTING PLAINTIFF'S MOTION
TO STRIKE AND EXCLUDE PORTIONS OF THE LOUDON REBUTTAL REPORT**

On this day, the Court considered Plaintiff Repairify, Inc.'s ("Repairify") Motion to Strike and Exclude Portions of the Loudon Rebuttal Report. After considering the briefing, the Court has determined that Repairify's Motion should be, and is hereby GRANTED.

Signed this _____ day of _____, 2024

                      _____
                      UNITED STATES DISTRICT JUDGE