IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **REPAIRIFY, INC.,**<br>a Delaware corporation,<br><br>                    Plaintiff,<br>v.<br><br>**KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,**<br>a California corporation<br>d/b/a Elitek Vehicle Services, and<br>DOES 1 through 20, inclusive,<br><br>                    Defendants. | §§§§§§§§§§§§§§§§ | 6:21-cv-00819-ADA-DTG |

<u>ADDITIONAL ATTACHMENTS (PUBLIC) TO MAIN DOCUMENT</u>

<u>PLAINTIFF REPAIRIFY, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFF'S TECHNICAL EXPERTS</u>

Additional Attachments to Dkt. No. 203:

- Declaration of Anthony V. DeRosa in Support of Plaintiff Repairify, Inc.'s Opposition to Defendant's Motion to Exclude Testimony from Plaintiff's Technical Experts;
- Declaration of Nikolaus A. Woloszczuk in Support of Plaintiff Repairify, Inc.'s Opposition to Defendant's Motion to Exclude Testimony from Plaintiff's Technical Experts;
- Exhibit A;
- Exhibit B;
- Exhibit F; and
- Exhibit G.

DATED: April 3, 2024                                          Respectfully submitted,

                                                                          <u>/s/ Eric H. Findlay                    </u>
                                                                          Eric H. Findlay
                                                                          State Bar No. 00789886
                                                                          Brian Craft
                                                                          State Bar No. 04972020

>FINDLAY CRAFT, P. C.
>7270 Crosswater Ave. Suite B
>Tyler, Texas 75703
>Tel: (903) 534-1100
>Fax: (903) 534-1137
>Email: efindlay@findlaycraft.com
>Email: bcraft@findlaycraft.com
>
>Arthur Wellman (*admitted pro hac vice*)
>PRANGER LAW PC
>88 Guy Place, Suite 405
>San Francisco, CA 94105
>Tel: (415) 885-9800
>Fax: (415) 944-1110
>Email: awellman@prangerlaw.com
>
>***Counsel for Plaintiff, Repairify, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 3, 2024, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>*/s/ Eric H. Findlay*
>Eric H. Findlay