UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| REPAIRIFY, INC.<br><br>vs.<br><br>KEYSTONE AUTOMOTIVE INDUSTRIES, INC., DOES 1 TO 20, KEYSTONE AUTOMOTIVE INDUSTRIES, INC., REPAIRIFY, INC., OPUS IVS, INC. | § <br> § CIVIL NO:<br> § WA:21-CV-00819-ADA<br> §<br> §<br> |

## ORDER RESETTING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRETRIAL CONFERENCE** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, May 23, 2024 at 09:00 AM**.

IT IS SO ORDERED this 23rd day of April, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE