UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| REPAIRIFY, INC. | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00819-ADA |
| | § | |
| KEYSTONE AUTOMOTIVE INDUSTRIES, | § | |
| INC., DOES 1 TO 20, KEYSTONE | | |
| AUTOMOTIVE INDUSTRIES, INC., | | |
| REPAIRIFY, INC., OPUS IVS, INC. | | |

## ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY**

**ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss

voir dire protocol with the Honorable Judge Derek T. Gilliland on Monday, June 10, 2024 at

2:00 PM. The conference will be conducted by Zoom and will be attended by at least one counsel

for each party having appeared as of the date of this Order. The Zoom hearing link will be

provided to all attorneys of record via email.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for Thursday,

June 13, 2024 at 09:00 AM in District Courtroom #2, in the United States Courthouse, 800

Franklin Ave.,  Waco, TX 76701.

**SIGNED this 24th day of May, 2024**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE