# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| REPAIRIFY, INC. | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00819-ADA |
| | § | |
| KEYSTONE AUTOMOTIVE INDUSTRIES, INC., DOES 1 TO 20, KEYSTONE AUTOMOTIVE INDUSTRIES, INC., REPAIRIFY, INC., OPUS IVS, INC. | § | |

## ORDER SETTING ZOOM STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for STATUS CONFERENCE by Zoom on June 07, 2024 at 02:00 PM.

IT IS SO ORDERED this 28th day of May, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE