IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **REPAIRIFY, INC.,**<br>a Delaware corporation,<br><br>                    Plaintiff,<br>v.<br><br>**KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,**<br>a California corporation<br>d/b/a Elitek Vehicle Services, and<br>DOES 1 through 20, inclusive,<br><br>                    Defendants. | 6:21-cv-00819-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF NIKOLAUS A. WOLOSZCZUK IN SUPPORT OF PLAINTIFF REPAIRIFY, INC'S OPPOSED MOTION FOR PARTIAL RECONSIDERATION OF PRELIMINARY RULING GRANTING DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF TECHNICAL EXPERTS (DKT. 162) AND ALTERNATIVE MOTION TO SUBSTITUTE EXPERT**

I, Nikolaus A. Woloszczuk declare as follows:

1. I am over the age of 18 years and am not a party to this action. I have personal knowledge of the facts set forth herein, and sufficient familiarity with the documents to authenticate them and/or to provide the factual bases for their authenticity. If sworn as a witness, I could and would competently testify to the matters set forth herein.

2. I am attorney of record for Plaintiff in this action, Repairify, Inc. ("Repairify"). I submit this Declaration in support of Repairify's Opposed Motion for Partial Reconsideration of Preliminary Ruling Granting Defendant's Motion to Exclude Testimony of Technical Experts (Dkt. 162) and Alternative Motion to Substitute Expert. In submitting this declaration,

1

it is not my intention nor the intention of Repairify to waive the attorney-client privilege or any other applicable privilege or protection.

      3. Attached hereto as Exhibit 1 is a true and correct copy of a document retrieved from the Document Filing System for the US. District Court for the Northern District of Alabama: Order Amending Dates, *United States v. An Easement*, No. 5:14-CV-0032-JEO (Aug. 6, 2015), ECF No. 51.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of May 2024, in Redwood City, California.


                */s/ Nikolaus A. Woloszczuk*
                Nikolaus A. Woloszczuk