Exhibit 1

FILED
 2015 Aug-06 PM 04:23
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
    Plaintiff,

v.                                           No. 5:14-cv-0032-JEO

AN EASEMENT AND RIGHT-OF-
WAY OVER 6.09 ACRES OF LAND,
MORE OR LESS, IN MADISON
COUNTY, ALABAMA, and MOORES
MILL COMMUNITIES, LLC, et al.,
    Defendants/Counter-Claimants.

---

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
    Plaintiff,

v.                                           No. 5:14-cv-0048-JEO

AN EASEMENT AND RIGHT-OF-
WAY OVER 1.04 ACRES OF LAND,
MORE OR LESS, IN MADISON
COUNTY, ALABAMA, and FANNING
SCHOOL COMMUNITIES, LLC, et al.,
    Defendants/Counter-Claimants.

## **ORDER AMENDING DATES**

Having considered the Motion to Continue Trial and Extend Pretrial Deadlines filed by the United States of America, upon the relation and for the use of the Tennessee Valley Authority, the Court hereby continues the September 14,

1

2015 trial setting and further amends its May 8, 2015 Order (Doc.46 in Case No. 5:14-cv-00032-JEO and Doc. 48 in Case No. 5:14-cv-00048-JEO) as follows:

1. These actions are **SET** for a jury trial on **Monday, November 16, 2015**, at **9:00 a.m.**, at the United States Courthouse, 101 Holmes Avenue NE, Huntsville, Alabama 35801.

2. Witness and exhibit lists are due to be filed by October 12, 2015.

3. Any additional motions *in limine* and any objections to witness and exhibit lists are due by October 19, 2015.

4. Any responses to motions *in limine* and to objections to witness and exhibit lists are due **by 12:00 noon** CDT on October 26, 2015. The parties shall advise in their motions *in limine*, response thereto, and in any objections to witnesses and exhibit lists whether oral argument is desired thereupon.

5. Proposed jury instructions and proposed verdict forms are also due by **12:00 noon** CDT on October 26, 2015.

6. The Court will hold a final pretrial conference on October 28, 2015, at 1:30 p.m., at the Hugo Black Federal Courthouse in Birmingham, Alabama. At that time, the Court will, if necessary, also hear any oral argument as it relates to any pending motions *in limine* or objections to witness and exhibit lists. If no such arguments are desired or

otherwise deemed necessary, the parties may appear at the final pretrial conference by telephone. The Court will issue an order by 5:00 p.m. CDT on October 26, 2015, notifying the parties whether oral argument will be heard on any pending matter in conjunction with the final pretrial conference on October 28, 2015.

7. At least three business days in advance of the pretrial conference, Plaintiff's counsel is to forward a copy of the parties' proposed final pretrial order by an email submission to ott_chambers@alnd.uscourts.gov and furnish other parties with a copy also. The format of the proposed pretrial order shall be generally as set forth on the form example attached to Doc. 46 in Case No. 5:14-cv-00032-JEO.

It is so ORDERED, this _14_ day of August 2015.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge

31931501