IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| REPAIRIFY, INC., a Delaware corporation,<br><br>  Plaintiff,<br>v.<br><br>KEYSTONE AUTOMOTIVE INDUSTRIES, INC., a California corporation d/b/a Elitek Vehicle Services, and DOES 1 through 20, inclusive,<br><br>  Defendants. | Cause No. 6:21-cv-00819-ADA-DTG |

ORDER GRANTING PLAINTIFF'S MOTION
FOR PARTIAL RECONSIDERATION OF PRELIMINARY RULING
GRANTING DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF
TECHNICAL EXPERTS (DKT. 162)

On this day, the Court considered Plaintiff Repairify, Inc.'s ("Repairify") Motion to for Partial Reconsideration of Preliminary Ruling Granting Defendant's Motion to Exclude Testimony of Technical Experts (Dkt. 162). After considering the briefing, the Court has determined that Repairify's Motion should be, and is hereby GRANTED.

Signed this ____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE