# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| REPAIRIFY, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 6:21-cv-00819-ADA-DTG |
| ) | |
| v. ) | |
| ) | |
| KEYSTONE AUTOMOTIVE ) | **JURY TRIAL DEMANDED** |
| INDUSTRIES, INC. d/b/a ELITEK ) | |
| VEHICLE SERVICES, and DOES 1 ) | |
| through 20, inclusive, ) | |
| ) | |
| Defendants. ) | |

## **JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Repairify, Inc. ("Repairify") and Defendant Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services ("Elitek") (collectively, "the Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

Repairify and Elitek have reached an agreement in principle to settle all matters in controversy between Repairify and Elitek. The Parties respectfully request a stay of all case deadlines in this case between Repairify and Elitek for thirty (30) days while the Parties finalize a settlement agreement and file dismissal documents with the Court.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this motion as set forth.

Dated: June 12, 2024                       Respectfully submitted,

                                           */s/ Eric H. Findlay*
                                           Eric H. Findlay
                                           State Bar No. 00789886
                                           Brian Craft
                                           State Bar No. 04972020
                                           FINDLAY CRAFT, P. C.

7270 Crosswater Ave. Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Arthur Wellman (*admitted pro hac vice*)
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, CA 94105
Tel: (415) 885-9800
Fax: (415) 944-1110
Email: awellman@prangerlaw.com

***Counsel for Plaintiff, Repairify, Inc.***


*/s/ Barry F. Irwin*
Barry F. Irwin, P.C. (admitted *pro hac*)
Joseph A. Saltiel (admitted *pro hac*)
Jason J. Keener (admitted *pro hac*)
Iftekhar A. Zaim (admitted *pro hac*)
Andrew D. Gordon-Seifert (admitted *pro hac*)
Alexander S. Bennett (admitted *pro hac*)
Emad Mahou (admitted *pro hac*)
**IRWIN IP LLP**
150 N Wacker Dr., Ste. 700
Chicago, IL 60606
(312) 667-6080 (Telephone)
birwin@irwinip.com
jsaltiel@irwinip.com
jkeener@irwinip.com
izaim@irwinip.com
agordon-seifert@irwinip.com
abennett@irwinip.com
emahou@irwinip.com

Barry K. Shelton
Texas State Bar No. 24055029
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
bshelton@winston.com
(214) 453-6407 (Telephone)

                        Mark D. Siegmund
                        Texas State Bar No. 24117055
                        **CHERRY JOHNSON**
                        **SIEGMUND JAMES PLLC**
                        400 Austin Avenue, 9th Floor
                        Waco, TX 76701
                        msiegmund@cjsjlaw.com
                        (254) 732-2242 (Telephone)

                        *Attorneys for Defendant Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services*

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff met and conferred with counsel for Defendant on June 12, 2024. The Parties jointly request the relief sought herein.

                                                     */s/ Eric H. Findlay*
                                                     Eric H. Findlay

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 12, 2024, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                                     */s/ Eric H. Findlay*
                                                     Eric H. Findlay