**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| REPAIRIFY, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 6:21-cv-00819-ADA-DTG |
| ) | |
| v. ) | |
| ) | |
| KEYSTONE AUTOMOTIVE ) | **JURY TRIAL DEMANDED** |
| INDUSTRIES, INC. d/b/a ELITEK ) | |
| VEHICLE SERVICES, and DOES 1 ) | |
| through 20, inclusive, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

On this date came for consideration the Joint Motion to Stay All Deadlines. The Court is of the opinion that same should be GRANTED, and it is therefore, ORDERED that the Joint Motion to Stay All Deadlines is GRANTED and that the unreached deadlines are hereby stayed for thirty (30) days.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE