# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| REPAIRIFY, INC. § | |
| § | CIVIL NO: |
| vs. § | WA:21-CV-00819-ADA |
| § | |
| KEYSTONE AUTOMOTIVE INDUSTRIES, § | |
| INC., DOES 1 TO 20, KEYSTONE | |
| AUTOMOTIVE INDUSTRIES, INC., | |
| REPAIRIFY, INC., OPUS IVS, INC. | |

## ORDER CANCELLING JURY TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY TRIAL** on **Monday, June 17, 2024 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 13th day of June, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE