IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **REPAIRIFY, INC.,** | § | |
| *Plaintiff,* | § § § | |
| -v- | § | 6:21-CV-00819-ADA |
| **KEYSTONE AUTOMOTIVE INDUSTRIES, INC. et al.,** | § § § § | |
| *Defendants.* | § | |

## ORDER TO PAY TECHNICAL ADVISOR

For the reasons explained in the Order Appointing Technical Advisor previously entered in the above-captioned case, the Court found the technology in this case to be exceptionally complex. Accordingly, the Court appointed Darryl J. Adams to serve as technical advisor. The Court has reviewed Mr. Adams' invoice for services through today, which include assisting the Court in evaluating dispositive motions and the preparation of orders and supporting memorandum. The Court finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

  Plaintiff:         $22,837.00
  Defendants:        $22,837.00.

**SIGNED** this 17th day of June, 2024.

*/s/ Alan D Albright*
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE