# Exhibit 4

## BILL OF SALE

THIS BILL OF SALE (this "Bill of Sale") is entered into as of July 28, 2015, by and between AES Technologies, LLC, a Florida limited liability company (the "Seller") and Repairify, Inc., a Delaware corporation (the "Buyer").

WHEREAS, pursuant to that certain Asset Purchase and Contribution Agreement, dated as of June 3, 2015 (the "Purchase Agreement"), by and among Repairify Holdings, LLC, a Delaware limited liability company, the Buyer and Seller, Seller has agreed to sell to Buyer and Buyer has agreed to purchase from Seller, for the consideration and upon the terms and conditions set forth in the Purchase Agreement, all right, title and interest to the Purchased Assets; and

WHEREAS, Seller desires to deliver to Buyer such instruments of sale, transfer, conveyance, assignment and delivery as are required to vest in Buyer, as applicable, all of Seller's right, title and interest in and to the Purchased Assets.

NOW, THEREFORE, pursuant to the Purchase Agreement and in consideration of the mutual promises contained therein, and for other good and valuable consideration, the receipt and sufficiency of which Seller and Buyer each acknowledge, the parties agree as follows:

1. Each capitalized term used but not defined in this Bill of Sale shall have the meaning ascribed to it in the Purchase Agreement.

2. Effective as of the Closing Date, Seller hereby sells, transfers, assigns, conveys and delivers to Buyer all of Seller's right, title and interest in and to all of the Purchased Assets (other than those Purchased Assets that are effectively sold, transferred, assigned, conveyed and delivered by Seller to Buyer as of the Closing Date pursuant to other bills of sale or other instruments of sale, transfer, assignment and conveyance executed by Seller and Buyer), free and clear of all Liens.

3. Nothing in this Bill of Sale shall be deemed to supersede, enlarge or modify any of the provisions of the Purchase Agreement, all of which survive the execution and delivery of this Bill of Sale as provided and subject to the limitations set forth in the Purchase Agreement. If any conflict exists between the terms of this Bill of Sale and the terms of the Purchase Agreement, the terms of the Purchase Agreement shall govern and control.

4. Seller does hereby constitute and appoint Buyer, its successors and assigns, as the attorney-in-fact of Seller, with full power of substitution, in Seller's name and stead, as the case may be, on behalf and for the benefit of Buyer, its successors and assigns, solely for the purpose to demand and receive any and all of the Purchased Assets and to give receipts and releases for and in respect of the Purchased Assets, or any part thereof, and from time to time to institute and prosecute in Seller's name for the benefit of Buyer, its successors and assigns, any and all reasonable proceedings at law, in equity or otherwise, which Buyer, its successors and assigns, may deem proper for the collection or reduction to possession of any of the Purchased Assets and to do all things reasonably necessary to recover and collect the Purchased Assets.

5. This Bill of Sale is made for the sole benefit of the parties hereto and their respective successors, executors and permitted assigns, and nothing contained herein, express or implied, is intended to or shall confer upon any other Person any third-party beneficiary right or any other legal or equitable rights, benefits or remedies of any nature whatsoever under or by reason of this Bill of Sale.

6. This Bill of Sale shall be governed by and construed in accordance with the Laws of the State of Florida, without giving effect to any choice of law or conflict of law provision that would cause the application of the Laws of any jurisdiction other than the State of Florida.

7. This Bill of Sale shall be effective as of the Closing Date.

8. This Bill of Sale may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

[Remainder of page intentionally blank]

RPFY 0261782

IN WITNESS WHEREOF, Seller and Buyer have caused this Bill of Sale to be executed and delivered as of the date first above written.

**AES TECHNOLOGIES, LLC**

By: _____

Name: Brent Williams
Title:  Chief Restructuring Officer

**REPAIRIFY, INC.**

By: _____

Name: Michael Zoch
Title:  Vice President

[SIGNATURE PAGE TO BILL OF SALE]

RPFY 0261783

IN WITNESS WHEREOF, Seller and Buyer have caused this Bill of Sale to be executed and delivered as of the date first above written.

**AES TECHNOLOGIES, LLC**

By: _____
Name:
Title:

**REPAIRIFY, INC.**

By: _____
Name: Michael Zoch
Title: Vice President

[SIGNATURE PAGE TO BILL OF SALE]