# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| REPAIRIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYSTONE AUTOMOTIVE INDUSTRIES, INC., d/b/a ELITEK VEHICLE SERVICES, and DOES 1 THROUGH 20, INCLUSIVE, <br><br> Defendants. | Case No.: 6:21-cv-00819-ADA <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING REPAIRIFY'S MOTION FOR RELIEF FROM ORDERS UNDER FEDERAL RULES OF CIVIL PROCEDURE 54(b), 59(e), AND 60(b)

Before the Court is Plaintiff Repairify, Inc's Motion for Relief from the Court's May 23, 2024 Order granting Defendant's Motion to Dismiss Count II of the Complaint, and its June 7, 2024 Order granting Defendant's Motion for Summary Judgment on Count III. Upon review of the Motion, the Court finds good cause and holds that Repairify's motion should be GRANTED. The portion of the Court's Omnibus Order Regarding Pretrial Motions (Dkt. 304) is modified as follows:

1. Defendant's Motion to Dismiss Counts II and III (Dkt. 55) is DENIED in its entirety; and

2. Defendants Motion for Summary Judgment of Unenforceability of the '334 Patent (Dkt. 270) is DENIED.

IT IS SO ORDERED.

_____
Honorable Alan D. Albright
U.S. District Judge
