# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| REPAIRIFY, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00819-ADA |
| | § | |
| KEYSTONE AUTOMOTIVE INDUSTRIES, | § | |
| INC., DOES 1 TO 20, KEYSTONE | | |
| AUTOMOTIVE INDUSTRIES, INC., | | |
| REPAIRIFY, INC., OPUS IVS, INC. | | |

## ORDER RESETTING JURY TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, January 27, 2025 at 09:00 AM**.

IT IS SO ORDERED this 15th day of October, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE