# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **REPAIRIFY, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. W-21-CV-00819-ADA |
| § | |
| **KEYSTONE AUTOMOTIVE** § | |
| **INDUSTRIES, INC., et al.** § | |
| § | |
| Defendants. § | |

## ORDER TO LIFT STAY

On June 13, 2024, the Court granted the parties' Joint Motion to Stay All Deadlines for thirty (30 days) while the parties finalized a settlement agreement. *See* ECF No. 278; June 13, 2024, Text Order. At the end of this period, the parties disputed whether a final settlement agreement was reached, and Defendant filed a Motion to Enforce Settlement, or, in the Alternative, to Set a Trial Date. ECF No. 282. The Court denied Defendant's Motion to Enforce Settlement and instead set a trial date for December 2, 2024. ECF No. 313. Since then, trial has been reset for January 27, 2025. ECF No. 316. Thus, the reasons for the stay no longer apply, and the Court **LIFTS THE STAY** effective immediately.

**SIGNED** this 21st day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE