UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| REPAIRIFY, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00819-ADA |
| | § | |
| KEYSTONE AUTOMOTIVE INDUSTRIES, INC., DOES 1 TO 20, KEYSTONE AUTOMOTIVE INDUSTRIES, INC., REPAIRIFY, INC., OPUS IVS, INC. | § | |

### ORDER RESETTING FINAL PRETRIAL CONFERENCE [ZOOM]

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for FINAL PRETRIAL CONFERENCE by Zoom on January 09, 2025 at 1:30 PM .

IT IS SO ORDERED this 28th day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE