# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| REPAIRIFY, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00819-ADA |
| | § | |
| KEYSTONE AUTOMOTIVE INDUSTRIES, INC., DOES 1 TO 20, KEYSTONE AUTOMOTIVE INDUSTRIES, INC., REPAIRIFY, INC., OPUS IVS, INC. | § § § § | |

## ORDER RESETTING FINAL PRETRIAL CONFERENCE [ZOOM]

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for FINAL PRETRIAL CONFERENCE by Zoom on March 14, 2025 at 09:30 AM.

IT IS SO ORDERED this 5th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE