**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| REPAIRIFY, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 6:21-cv-00819-ADA-DTG |
| ) | |
| v. ) | |
| ) | |
| KEYSTONE AUTOMOTIVE ) | JURY TRIAL DEMANDED |
| INDUSTRIES, INC. d/b/a ELITEK ) | |
| VEHICLE SERVICES, and DOES 1 ) | |
| through 20, inclusive, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE, RECONSIDERATION OF THE ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Before this Court is Defendant Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services' ("Elitek") motion for clarification, or in the alternative, reconsideration of the order denying Elitek's motion for judgment on the pleadings. The Court, having reviewed the Motion, finds that this Motion should be, and hereby is, **GRANTED.** The Court clarifies and/or reconsiders its previous order (ECF No. 304) regarding Elitek's Motion for Judgment on the Pleadings (ECF No. 123) such that the motion is now **GRANTED**. It is, therefore, **ORDERED** that the Asserted Patents are invalid under 35 U.S.C. § 101 for failing to claim patent-eligible subject matter and **JUDGMENT** is entered on the pleadings for Elitek and against Plaintiff.

SIGNED this _____ day of _____ 2025.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE