**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| REPAIRIFY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:21-cv-00819-ADA-DTG |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| KEYSTONE AUTOMOTIVE | ) | |
| INDUSTRIES, INC. d/b/a ELITEK | ) | |
| VEHICLE SERVICES, and DOES 1 through | ) | |
| 20, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF REINSTATEMENT OF INEQUITABLE CONDUCT
DEFENSES AND COUNTERCLAIM FOR THE '334 PATENT**

Defendant Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services. ("Elitek")
previously dismissed without prejudice its defense and counterclaim of unenforceability for the
'334 Patent because the Court had dismissed the '334 Patent.  The Court subsequently added the
'334 Patent back into the case after Repairify filed a motion for relief from the prior order.
Therefore, the parties agree that Elitek should be allowed to reciprocally add its defense and
counterclaim of unenforceability for the '334 Patent back into the case.  *See* ECF No. 57, at 42-
53, 62 (Elitek's Eleventh Defense and Counterclaim Count IX ).

SIGNED this the _____ day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

Dated:  March 19, 2025

Respectfully submitted,

**FOR PLAINTIFF:**

/s/ *William F. Bullard (with permission)*

Deron Dacus (State Bar No. 0090553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

J. Derek Vandenburgh (pro hac vice)
Joseph W. Winkels (pro hac vice)
William F. Bullard (pro hac vice)
**CARLSON, CASPERS, VANDENBURGH &
LINDQUIST, P.A.**
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Phone: (612) 436-9600
dvandenburgh@carlsoncaspers.com
jwinkels@carlsoncaspers.com
wbullard@carlsoncaspers.com

*Counsel for Plaintiff, Repairify, Inc.*

**FOR DEFENDANTS:**

/s/ *Barry F. Irwin*

Barry F. Irwin, P.C. (admitted *pro hac vice*)
Joseph A. Saltiel (admitted *pro hac vice*)
Jason J. Keener (admitted *pro hac vice*)
Iftekhar A. Zaim (admitted *pro hac vice*)
Alexander S. Bennett (admitted *pro hac vice*)
Emad S. Mahou (admitted *pro hac vice*)
Bailey Sanders (admitted *pro hac vice*)
**IRWIN IP LLP**
150 N Wacker Dr., Ste. 700
Chicago, IL 60606
(312) 667-6080 (Telephone)
birwin@irwinip.com
jsaltiel@irwinip.com
jkeener@irwinip.com
izaim@irwinip.com
abennett@irwinip.com
emahou@irwinip.com
bsanders@irwinip.com

Barry K. Shelton
Texas State Bar No. 24055029
**SHELTON COBURN LLP**
311 RR 620 S, Suite 205
Austin, TX 78734
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone)

Mark D. Siegmund
Texas State Bar No. 24117055
**CHERRY JOHNSON
SIEGMUND JAMES PLLC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
msiegmund@cjsjlaw.com
(254) 732-2242 (Telephone)

*Attorneys for Defendant Keystone Automotive
Industries, Inc. d/b/a Elitek Vehicle Services*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on all counsel of record via the Court's ECF system.


_/s/  Barry F. Irwin_
Barry F. Irwin