IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

- - - - - - - -

| | |
|---|---|
| REPAIRIFY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 6:21-cv-00819-ADA |
| v. ) | |
| ) | |
| KEYSTONE AUTOMOTIVE ) | |
| INDUSTRIES, INC. d/b/a ELITEK ) | |
| VEHICLE SERVICES, and DOES 1 ) | |
| Through 20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER ON UNOPPOSED MOTION BY NON-PARTY OPUS IVS, INC. FOR DISMISSAL FROM PROCEEDINGS AND REMOVAL FROM SERVICE

Came on to be considered, the motion of non-party Opus IVS, Inc. ("Opus IVS") to be dismissed from these proceedings and be removed from further service with filings, correspondence and notices by the parties and the Court.

After considering the motion, the Court finds that Opus IVS's Motion should be GRANTED.

Opus IVS is dismissed from this action and is to be removed from further service of filings, correspondence, notices and other matters in this action.

It is so ORDERED.

SIGNED this __ day of April 2025.

BY THE COURT:

_____
HON. ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE

1